LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
JOHN FITZPATRICK VANNUCCI (State Bar No. 174329)
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Telephone:    415.981.7500
Facsimile:    415.981.5700

Attorney for Plaintiffs
MICHAEL WALKER and TASHELL MITCHEL


SEDGWICK LLP
NICHOLAS J. BOOS (State Bar No. 233399)
*nicholas.boos@sedgwicklaw.com*
KARA L. DIBIASIO (State Bar No. 294547)
*kara.dibiasio@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
UNITRIN AUTO and HOME INSURANCE COMPANY,
FINANCIAL INDEMNITY COMPANY, UNITRIN
DIRECT PROPERTY and CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALKER, TASHELL MITCHEL,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITRIN AUTO AND HOME INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, UNITRIN DIRECT PROPERTY AND CASUALTY COMPANY and DOES 1 TO 25, inclusive,<br><br>            Defendants. | Case No. 3:14-cv-03161--EMC<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**CIVIL L.R. 6.2** |

Pursuant to Civil L.R. 6-2, plaintiffs Michael Walker ("Walker") and Tashell Mitchel ("Mitchel"), and defendants Unitrin Auto and Home Insurance Company ("Unitrin Auto"), Financial Indemnity Company ("FIC"), and Unitrin Direct Property and Casualty Company ("Unitrin Direct"), by and through their attorneys of record, hereby stipulate and agree that:

(1) The parties agreed to participate in Early Neutral Evaluation;

(2) On October 9, 2014, the Court ordered the parties to complete Early Neutral Evaluation by December 24, 2014;

(3) The parties were scheduled to participate in an Early Neutral Evaluation session on December 18, 2014;

(4) Plaintiffs Walker and Mitchel state that they were not able to submit their brief seven days in advance of the December 18, 2014 Early Neutral Evaluation session due to power outages causing building closures at plaintiffs' counsel's office caused by recent inclement weather;

(5) As a result, the parties did not participate in an Early Neutral Evaluation on December 18, 2014;

(6) The parties have submitted their respective Early Neutral Evaluation briefs to the neutral evaluator;

(7) The parties are working to reschedule the Early Neutral Evaluation session, and have agreed to participate in an Early Neutral Evaluation session on January 28, 2015;

(8) With the Court's permission, the deadline to complete the Early Neutral Evaluation shall be extended to January 29, 2015; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

(9)     The parties respectfully request that the Further Case Management Conference currently set for January 29, 2015 be continued to February 12, 2015 or a date thereafter convenient for the Court in light of the parties' agreement to participate in an Early Neutral Evaluation session on January 28, 2015.

IT IS SO AGREED, STIPULATED, AND RESPECTFULLY SUBMITTED:

DATED:  December 23, 2014          LAW OFFICES OF JOHN FITZPATRICK VANNUCCI


By:     /s/ *John F. Vannucci*
              John Fitzpatrick Vannucci
              Attorney for Plaintiffs
              MICHAEL WALKER and TASHELL MITCHEL


DATED:  December 23, 2014          SEDGWICK LLP


By:   /s/ *Kara L. DiBiasio*
              Nicholas J. Boos
              Kara L. DiBiasio
              Attorneys for Defendants
              UNITRIN AUTO and HOME INSURANCE
              COMPANY, FINANCIAL INDEMNITY
              COMPANY, UNITRIN DIRECT PROPERTY and
              CASUALTY COMPANY

*Attestation Regarding Signatures: Pursuant to Civil Local Rule 5-1(i)(3), Kara L. DiBiasio hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

**ORDER**

Having considered the parties' Stipulation to Extend the Deadline to Complete Early Neutral Evaluation and Continue Case Management Conference pursuant to Civil L.R. 6-2, and the associated declaration, and good cause appearing, it is hereby ORDERED that the deadline for the parties to complete Early Neutral Evaluation shall be January 29, 2015, and the Case Management Conference scheduled for January 29, 2015 shall be continued to February 12, 2015. The parties shall file with the Court a Joint Case Management Statement by February 5, 2015.

IT IS SO ORDERED.

DATED: 1/5/15



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

