
LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
JOHN FITZPATRICK VANNUCCI (State Bar No. 174329)
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:    415.981.7500
Facsimile:    415.981.5700

Attorney for Plaintiffs
MICHAEL WALKER and TASHELL MITCHEL

SEDGWICK LLP
NICHOLAS J. BOOS (State Bar No.233399)
nicholas.boos@sedgwicklaw.com
KARA L. DIBIASIO (State Bar No.294547)
kara.dibiasio@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
UNITRIN AUTO and HOME INSURANCE COMPANY,
FINANCIAL INDEMNITY COMPANY, UNITRIN
DIRECT PROPERTY and CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALKER, TASHELL MITCHEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITRIN AUTO AND HOME INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, UNITRIN DIRECT PROPERTY AND CASUALTY COMPANY and DOES 1 TO 25, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03161--EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF (1) ALL CLAIMS OF PLAINTIFF TASHELL MITCHEL, AND (2) DEFENDANTS UNITRIN AUTO AND HOME INSURANCE COMPANY, AND UNITRIN DIRECT PROPERTY AND CASUALTY COMPANY; [PROPOSED] ORDER**<br><br>F.R.C.P 41(a)(1)(A)(ii) |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Michael Walker ("Walker") and Tashell Mitchel ("Mitchel"), and defendants Unitrin Auto and Home Insurance Company ("Unitrin Auto"), Financial Indemnity Company ("FIC"), and Unitrin Direct

Property and Casualty Company ("Unitrin Direct"), by and through their attorneys of record, hereby stipulate and agree that:

    (1)    all claims of plaintiff Mitchel are dismissed without prejudice, such that Mitchel is no longer a party to this action (each party to bear his, her, or its own costs and fees); and

    (2)    Unitrin Auto and Unitrin Direct are dismissed from this action without prejudice (each party to bear his, her, or its own costs and fees).

IT IS SO AGREED AND STIPULATED.

DATED: December 22, 2014    LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

By: _____
John Fitzpatrick Vannucci
Attorney for Plaintiffs
MICHAEL WALKER and TASHELL MITCHEL

DATED: December 23, 2014    SEDGWICK LLP

By: _____
Nicholas J. Boos
Kara L. DiBiasio
Attorneys for Defendants
UNITRIN AUTO and HOME INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, UNITRIN DIRECT PROPERTY and CASUALTY COMPANY

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED as follows:

(1) all claims of plaintiff Tashell Mitchel are dismissed without prejudice, such that Mitchel is no longer a party to this action (each party to bear his, her, or its own costs and fees); and

(2) Defendants Unitrin Auto and Home Insurance Company, and Unitrin Direct Property and Casualty Company are dismissed from this action without prejudice (each party to bear his, her, or its own costs and fees).

IT IS SO ORDERED.

DATED: 1/5/15



EDWARD M. CHEN
DISTRICT JUDGE