SEDGWICK LLP
NICHOLAS J. BOOS (State Bar No. 233399)
nicholas.boos@sedgwicklaw.com
KARA L. DIBIASIO (State Bar No. 294547)
kara.dibiasio@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
FINANCIAL INDEMNITY COMPANY


LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
JOHN FITZPATRICK VANNUCCI (State Bar No. 174329)
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Telephone:    415.981.7500
Facsimile:    415.981.5700

Attorney for Plaintiff
MICHAEL WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALKER, TASHELL MITCHEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITRIN AUTO AND HOME INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, UNITRIN DIRECT PROPERTY AND CASUALTY COMPANY and DOES 1 TO 25, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03161--EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE DISCOVERY MOTIONS**<br><br>**[CIVIL L.R. 6-1(b); 6-2; 7-12]** |

Plaintiff Michael Walker and defendant Financial Indemnity Company ("FIC"), through their respective undersigned counsel and pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, hereby respectfully submit the following Joint Stipulation and [Proposed] Order to Continue the Deadline to File Expert Discovery Motions.

## STIPULATION

WHEREAS, the Court issued a Scheduling Order on July 31, 2015 setting trial and pre-trial deadlines, including a deadline to complete non-expert discovery by October 8, 2015 (ECF No. 65);

WHEREAS, pursuant to Civil L.R. 37-3, the deadline to file motions to compel fact discovery is October 15, 2015;

WHEREAS, the parties are currently still attempting to meet and confer to resolve outstanding issues regarding fact discovery and request additional time to continue these efforts before filing a joint letter brief with the Court regarding these issues;

WHEREAS, the parties hereby stipulate and respectfully request that the Court continue the deadline to file a joint letter brief regarding fact discovery until October 22, 2015.

DATED: October 15, 2015          SEDGWICK LLP

By: _____
Nicholas J. Boos
Kara L. DiBiasio
Attorneys for Defendant
FINANCIAL INDEMNITY COMPANY

DATED: October 15, 2015          LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

By: _____
John Fitzpatrick Vannucci
Attorney for Plaintiff
MICHAEL WALKER

*Attestation Regarding Signatures: Pursuant to Civil Local Rule 5-1(i)(3), Kara L. DiBiasio hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

1 **[~~PROPOSED~~] ORDER**

2   PURSUANT TO STIPULATION, it is hereby ORDERED that the deadline for the

3 parties to file joint letter briefs regarding non-expert discovery shall be continued until October

4 22, 2015.

5   IT IS SO ORDERED.

6 DATED: 10/19/15

