UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITRIN AUTO & HOME INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 14-cv-03161-EMC<br><br>**ORDER RE PRETRIAL FILINGS** |

Pursuant to the Court's pretrial order, which was issued more than six months ago, pretrial filings in this case were due on February 23, 2016. *See* Docket No. 65 (pretrial order, filed on July 31, 2015). Although pretrial filings were provided on February 23, Plaintiff substantively failed to provide significant portions of his pretrial filings, including but not limited to a list of his witnesses and a list of his exhibits. *See generally* Docket No. 93 (pretrial conference statement). Plaintiff shall immediately correct this deficiency. Plaintiff shall file all of his "supplements" by **5:00 p.m., March 3, 2016**. If Plaintiff fails to provide the required pretrial filings by this date, then he shall be sanctioned. Sanctions may include evidentiary sanctions.

**IT IS SO ORDERED**.

Dated: March 2, 2016

_____

EDWARD M. CHEN
United States District Judge