LAW OFFICES OF JOHN FITZPATRICK VANNUCCI
JOHN FITZPATRICK VANNUCCI (State Bar No. 174329)
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: 415.981.7500
Facsimile: 415.981.5700

Attorney for Plaintiff
MICHAEL WALKER


SEDGWICK LLP
NICHOLAS J. BOOS (State Bar No.233399)
nicholas.boos@sedgwicklaw.com
KARA L. DIBIASIO (State Bar No.294547)
kara.dibiasio@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
FINANCIAL INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALKER, TASHELL MITCHEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITRIN AUTO AND HOME INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, UNITRIN DIRECT PROPERTY AND CASUALTY COMPANY and DOES 1 TO 25, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03161--EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Michael Walker and defendant Financial Indemnity Company, through their respective counsel herein, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED:  May 5, 2016        LAW OFFICES OF JOHN FITZPATRICK VANNUCCI

By:   /s/ John Fitzpatrick Vannucci
John Fitzpatrick Vannucci
Attorney for Plaintiff
MICHAEL WALKER

DATED:  May 5, 2016        SEDGWICK LLP

By:   /s/ Kara L. DiBiasio
Nicholas J. Boos
Kara L. DiBiasio
Attorneys for Defendant
FINANCIAL INDEMNITY COMPANY

*Attestation Regarding Signatures: Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

**ORDER**

**IT IS SO ORDERED.**

DATED:  5/6/2016

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*